IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIAM A. PIGG, PLLC, | ) |
| | ) |
| Plaintiff/Counter Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| JEFF Z. XIE, | ) |
| | ) |
| Defendant/Counter Plaintiff. | )   Civil Action No. 3:21-CV-1587-C |

### ORDER

The Court, having considered the Xie Parties' Motion to Expedite, filed October 20, 2021, is of the opinion that the same should be **GRANTED**. Accordingly, the Court **ORDERS** that William A. Pigg, PLLC and William A. Pigg file a response, by no later than October 27, 2021, to the Xie Parties' Motion for Reconsideration of the Court's decision that it lacks jurisdiction.

SO ORDERED.

Dated October 25, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE